# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| 1900 MARKET LLC and ANODYNE HS GROUP, LLC, Derivatively on behalf of AMI EXPEDITIONARY HEALTHCARE LLC, <br><br>Plaintiffs, <br><br>v. <br><br>OMNIA LLC, VERITAS GLOBAL LLC, RANDY COOK, CHRISTOPHER WATSON, JOHN DOES (1-99), and ABC CORPORATIONS (1-99), Said names being fictitious for currently unidentified people or companies involved in the foregoing matters, <br><br>Defendants, <br><br>and <br><br>AMI EXPEDITIONARY HEALTHCARE LLC, <br><br>Nominal Defendant. | Case No. _____ <br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that Jeremey R. Goolsby of Frost Brown Todd LLP hereby enters his appearance as counsel of record for Plaintiffs 1900 Market LLC and AnodyneHS Group LLC.

Respectfully submitted,

*/s/*
Jeremey R. Goolsby, No. 34505
FROST BROWN TODD LLP
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
615-251-5550 Telephone
615-251-5551 Facsimile
jgoolsby@fbtlaw.com

*Attorneys for Plaintiffs 1900 Market LLC
and AnodyneHS Group LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was served via U.S. Mail, postage prepaid this 7th day of September 2023 upon the following:

Veritas Global LLC
c/o Christopher Watson, Chief Operating Officer
1395 Sugar Flat Road
Lebanon, TN 37087

OMNIA LLC
c/o Corporation Service Company
Registered Agent
2908 Poston Avenue
Nashville, Tennessee 37203

Randy Cook
12649 Brighton Court
Mokena, IL 60448

Christopher Watson
1395 Sugar Flat Road
Lebanon, TN 37087

                                                  */s/ Jeremey R. Goolsby*

0154821.0775710  4890-6329-5102